(104 So. 917)

R. P. REESE et al. v. Geo. D. MOTLEY et al. (7 Div. 548.) (Supreme Court of Alabama.

May 26, 1925.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge.

PER CURIAM. Affirmed on certificate, on motion of appellees.